```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/01/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

SEVERINO JIMENEZ,

                              Plaintiff,

                -against-

2050 VALENTINE AVENUE LLC, et al.,

                            Defendants.
-----------------------------------------------------------------X

22-CV-6753 (JLR) (KHP)

**INITIAL CASE MANAGEMENT CONVERSION CONFERENCE ORDER**

**KATHARINE H. PARKER, United States Magistrate Judge:**

The Initial Case Management Conference in this matter scheduled for **Thursday, February 2, 2023, at 11:30 a.m.** is hereby converted to a telephonic conference. Counsel for the parties are directed to call Judge Parker's AT&T conference line at the scheduled time. **Please dial (866) 434-5269; access code 4858267.**

        SO ORDERED.

DATED:    New York, New York
                February 1, 2023

                                                              _____
                                                              KATHARINE H. PARKER
                                                              United States Magistrate Judge