**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

SEVERINO JIMENEZ,

                        Plaintiff,                            **22-CV-6753 (JLR) (KHP)**

       -against-                                         **ORDER**

2050 VALENTINE AVENUE LLC, et al.,

                        Defendants.
-----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

      As discussed in the February 2, 2023 conference, the fact discovery deadline is **June 2, 2023**. The deadline for depositions is **May 12, 2023**. The deadline to join parties is **March 2, 2023**. The deadline to amend the pleadings is **March, 2, 2023**. No further amendments or joinder will be permitted thereafter absent good cause.

      By **March 6, 2023,** the parties shall file a joint status letter, including updates on the parties' progress with discovery.

                        **SO ORDERED.**

DATED:     New York, New York
              February 3, 2023

                                                      *Katharine H. Parker*
                                               KATHARINE H. PARKER
                                               United States Magistrate Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/3/2023