UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

SEVERINO JIMENEZ,

                Plaintiff,

-against-

2050 VALENTINE AVENUE LLC, et al.,

                Defendants.
-----------------------------------------------------------------X

22-CV-6753 (JLR) (KHP)

ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/4/2023

**KATHARINE H. PARKER, United States Magistrate Judge:**

     As discussed in the May 3, 2023 conference, Plaintiff shall file the amended complaint by **May 12, 2023**. The deadline for Defendant's answer to the amended complaint is **June 16, 2023**. The fact discovery deadline is extended to **September 29, 2023**.

     By **June 2, 2023,** the parties shall file a joint status letter, including updates on the parties' progress with discovery.

                SO ORDERED.

DATED:     New York, New York
              May 4, 2023

_____
KATHARINE H. PARKER
United States Magistrate Judge