UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

SEVERINO JIMENEZ,

                                Plaintiff,

                -against-

2050 VALENTINE AVENUE LLC, et al.,

                              Defendants.
----------------------------------------------------------------X

**22-CV-6753 (JLR) (KHP)**

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/25/2023

**KATHARINE H. PARKER, United States Magistrate Judge:**

As discussed in the July 24, 2023 conference, Plaintiff shall provide phone record authorization and request phone records for January through March 2021 **by July 31, 2023**. The parties shall also schedule the remaining depositions to take place no later than September 29, 2023.

Plaintiff represented on the record that he is only seeking garden variety emotional damages and will not be relying on any medical evidence to support such damages. Additionally, Plaintiff represented on the record that he is not pursuing any claim for disability discrimination. As a result of these representations, Plaintiff will not be required to produce medical information and will be precluded from relying on or referencing medical conditions or appointments or accommodation requests in any dispositive motion or at trial.

                **SO ORDERED.**

DATED:      New York, New York
                July 25, 2023

                                                        */s/ Katharine H. Parker*
                                                        _____
                                                        KATHARINE H. PARKER
                                                        United States Magistrate Judge