```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/2/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

SEVERINO JIMENEZ,

                       Plaintiff,

      -against-

2050 VALENTINE AVENUE LLC, et al.,

                       Defendants.
-----------------------------------------------------------------X

22-CV-6753 (JLR) (KHP)

**ORDER**

**KATHARINE H. PARKER, United States Magistrate Judge:**

By **Wednesday, October 11, 2023**, the parties are directed to file their proposed settlement agreement before this Court for approval pursuant to *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 1999 (2d Cir. 2015), or alternatively to file a joint letter updating the Court on the status of settlement.

      **SO ORDERED.**

DATED:    New York, New York
              October 2, 2023

                                                                       _____
                                                                         KATHARINE H. PARKER
                                                                         United States Magistrate Judge